**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 4:90-cr-10023-JLK-3/Becerra

UNITED STATES OF AMERICA,

v.

IVAN RODRIGO CAMPILLO RESTREPO,

    Defendant.
_____/

### ORDER DENYING OBJECTIONS TO REPORT AND RECOMMENDATION

THIS MATTER comes before the Court upon Defendant's *pro se* Objections (DE 561), filed on November 15, 2021, to Magistrate Judge Jacqueline Becerra's Report and Recommendation ("R&R"), entered October 28, 2021 (DE 558).

Defendant's Objections were timely filed after the Court granted his motion for extension of time to file response to R&R (DE 559). DE 560. In his objections, Defendant attempts to reargue his health issues, rehabilitation in prison, and other arguments considered in the R&R.

Upon performing a *de novo* review of the record and after careful consideration, the Court finds that Magistrate Judge Becerra's well-reasoned R&R (DE 558) accurately states the facts and law of the case.

Accordingly, it is **ORDERED, ADJUDGED, and DECREED** that:

1. Defendant's Objections to Magistrate Judge Becerra's Report and Recommendation **(DE 561)** be, and the same are, hereby **DENIED**;

2. Magistrate Judge Becerra's October 28, 2021 Report & Recommendation (**DE 558**) be, and the same is, hereby **AFFIRMED** and **ADOPTED** as an Order of this Court;

3. Defendant's Motion for Compassionate Release **(DE 549)** is hereby **DENIED**; and

4. Defendant's Motion for Appointment of Counsel **(DE 552)** is hereby **DENIED**.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 10th day of December, 2021.

                                                JAMES LAWRENCE KING
                                                UNITED STATES DISTRICT JUDGE

cc:    **Magistrate Judge Jacqueline Becerra**
        **All counsel of record**
        **Ivan Rodrigo Campillo Restrepo**, *pro se*
        54824-079
        Coleman Medium
        Federal Correctional Institution
        Inmate Mail/Parcels
        Post Office Box 1032
        Coleman, FL 33521